```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                              Criminal No. 09-cr-44-01-JL

Diana Marshall

O R D E R

    The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted in part.  The continuance is limited to 60 days.  No further continuances without a hearing.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  May 19, 2009


cc: Jeffrey S. Levin, AFD
    Alfred J.T. Rubega, AUSA
    U.S. Marshal
    U.S. Probation